1 | **DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2 | **COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
3 | 165 Fell Street
San Francisco, CA 94102
4 | Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
5 | Tel.: (415) 989-4730
Fax: (415) 989-0491
6 | File No. 43,228

7 | Attorneys for Plaintiff
EVENT ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVENT ENTERTAINMENT, INC., | CASE NO. CV 98-5643-RMT (VAPx) |
| Plaintiff, | [PROPOSED] RENEWAL OF DEFAULT JUDGMENT |
| vs. | |
| SALVADOR ACUNA GONZALEZ, individually and dba EL PALENQUE, | |
| Defendant. | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant SALVADOR ACUNA GONZALEZ, individually and dba EL PALENQUE, the Default entered on 9/20/99 *8 (copy attached) is hereby renewed in the amounts as set forth below: *Authorized by Robert Perkiss, Esq. to change 9 to 8, as reflected in his Application for Renewal Judgment.

Renewal of money judgment

| | |
|---|---|
| a. Total judgment | $6,800.00 |
| b. Costs after judgment | $ -0- |
| c. Attorneys fees: | $ -0- |
| d. Subtotal (*add a and b*) | $6,800.00 |
| e. Credits after judgment | $ -0- |
| f. Subtotal (*subtract d from c*) | $6,800.00 |
| g. Interest after judgment | $1,700.00 |

|  |  |
|---|---|
| h. Fee for filing renewal application | $ -0- |
| i. **Total renewed judgment** *(add e, 5. and g)* | $8,500.00 |

DATED: 4/7/09          CLERK, by  Lori Muraoka
                       Deputy

F:\USERS\DJCNEW\ELPALENQUE.RENEWAL

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 98-5643-RMT (VAPx)          2

**PROOF OF SERVICE**

SALVADOR ACUNA GONZALEZ,
individually and dba EL PALENQUE
4424 Firestone Blvd.
South Gate, CA 90280

SALVADOR ACUNA GONZALEZ,
individually and dba EL PALENQUE
9610 McNerney Avenue
South Gate, CA 90280-4944

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT

RENEWAL OF DEFAULT JUDGMENT

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2009.

/s/ Karene Jen
Karene Jen